**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter ___7___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Prime Metals U.S.A., Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 26-2161387 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1440 North Harbor Boulevard<br>No. 640<br>Fullerton, CA 92835 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Orange | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**    primemetalsusa.com

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Prime Metals U.S.A., Inc.
       Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4235

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | Prime Metals U.S.A., Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Prime Metals U.S.A., Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____     Ik Dong Kim
Signature of authorized representative of debtor     Printed name

Title    President

**18. Signature of attorney**

X _____     Date  11 / 17 / 2017
Signature of attorney for debtor     MM / DD / YYYY

Steven F. Werth 205434
Printed name

SulmeyerKupetz, A Professional Corporation
Firm name

333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406
Number, Street, City, State & ZIP Code

Contact phone   213.626.2311     Email address   www.sulmeyerlaw.com

205434
Bar number and State

### UNANIMOUS WRITTEN CONSENT OF BOARD OF DIRECTORS OF PRIME METALS U.S.A., INC. AUTHORIZING FILING OF PETITION UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

We, the undersigned, being all the members of the Board of Directors (the "Board") of Prime Metals U.S.A., Inc., a California corporation (the "Company"), hereby waive notice and call for a meeting of the Board and hereby consent to the adoption of the following resolutions, which resolutions shall be deemed adopted as of the date hereof to the same extent and to have the same force and effect as if such resolutions were adopted at a duly convened meeting of the Board, all in accordance with applicable law, effective as of October 30, 2017.

**WHEREAS**, in the judgement of the Board, it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties that a petition be filed by the Company in the United States Bankruptcy Court for the Central District of California seeking relief under the provisions of chapter 7 of title 11 of the United States Code, as such may be amended from time to time (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that a petition under chapter 7 of the Bankruptcy Code shall be filed on behalf of the Company and the same hereby is approved and adopted in all respects, and that any officers of the Company (each an "Authorized Officer" and collectively, the "Authorized Officers") is hereby authorized, empowered and directed on behalf of and in the name of the Company, to execute and verify petitions under Chapter 7 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court.

**FURTHER RESOLVED**, that any Authorized Officer is hereby authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary and proper in the Chapter 7 case, with a view to the successful prosecution of such case.

**FURTHER RESOLVED**, that the Company retain the firm of **Sulmeyer**Kupetz, A Professional Corporation, as counsel to the Company for the purposes of preparing the petition, schedules, and related documents necessary to commence the Chapter 7 case and appear on behalf of the Company at the 341(a) meeting of creditors. The Authorized Officers are authorized to sign an engagement letter employing **Sulmeyer**Kupetz, A

Professional Corporation, as counsel to the Company, and deliver to **Sulmeyer**Kupetz, A Professional Corporation, the retainer required by said engagement letter.

**FURTHER RESOLVED**, that any Authorized Officer is hereby authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Officer shall be or become necessary, proper or desirable in connection with the chapter 7 case and the transactions contemplated herein.

**FURTHER RESOLVED**, that any and all past actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

**FURTHER RESOLVED**, that this Consent may be executed in any number of counterparts, and any of the undersigned may execute this Consent on any one or more of such counterparts. All of such counterparts taken together shall be deemed to constitute one and the same instrument.

**FURTHER RESOLVED**, that this Consent may be executed by facsimile and, upon such execution, shall have the same force and effect as an original.

_____
Ik Dong Kim

_____
Gill Su Sun

**Being All of the Directors of the Company**

SFW\ 2580600.2

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven F. Werth (CA Bar No. 205434)<br> swerth@sulmeyerlaw.com<br>**Sulmeyer**Kupetz, A Professional Corporation<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax: 213.629.4520 | |

☑ *Attorney for:  Prime Metals U.S.A., Inc.*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>            Prime Metals U.S.A., Inc.<br><br>                                          Debtor(s),<br><br>                                          Plaintiff(s),<br><br><br><br><br>                                          Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    7 |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  Il Dong Kim, President of Prime Metals U.S.A., Inc.                                          the undersigned in the above-captioned case, hereby declares
            *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:
- ☑ I am the president or other officer or an authorized agent of the Debtor corporation
- ☐ I am a party to an adversary proceeding
- ☐ I am a party to a contested matter
- ☐ I am the attorney for the Debtor corporation

2.a.    ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

      R-Techo Co., Ltd.

b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

November __, 2017 _____
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:    Il Dong Kim
       President
       Printed name of Debtor, or attorney for
       Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012          **F 1007-4.CORP.OWNERSHIP.STMT**

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date: _____

Ik Dong Kim
Signature of Debtor

_Kim Ik Dong_

Signature of Joint Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1        **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    Prime Metals U.S.A., Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

**Part 1:  Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................  $        6,965,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................  $        1,029,290.84

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................  $        7,994,290.84

**Part 2:  Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $        9,503,979.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................  $                0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................  +$        7,432,799.60

4.  **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b                                                                                  $       16,936,778.60

**Fill in this information to identify the case:**

Debtor name    Prime Metals U.S.A., Inc.

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

                                           **Current value of debtor's interest**

**2.**    **Cash on hand**                                                 $20.00

**3.**   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Hanmi Bank | Checking | 0774 | $642.27 |
| 3.2. | BBCN | Checking | 1221 | $2,856.59 |
| 3.3. | BBCN | Checking | 0802 | $65.53 |
| 3.4. | Uniti Bank | Checking Account | 3947 | $764.03 |
| 3.5. | Uniti Bank | Trust Account | 0214 | $3,164.28 |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**                                               $7,512.70
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

Debtor    Prime Metals U.S.A., Inc._____    Case number (if known) _____
         Name

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

|  | Residence located at 2111 Palmetto Terrace, Fullerton, California 92831 |  |
|---|---|---|
| 7.1. | Deposit held by Adalberto and Jeffrey Mistri (Landlord) | $4,500.00 |
|  | Prime Metals' Office Lease<br>1400 North Harbor Boulevard Investors LLC |  |
| 7.2. | (Estimated Amount) | $8,500.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                          | $13,000.00 |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| | Stock in More Steel Co., Ltd. (a Korean business entity) | | |
| 14.1. | 5.75% Share Interest | Liquidation | Unknown |

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:                                     % of ownership

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                          | $0.00 |
       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 2

Debtor ___Prime Metals U.S.A., Inc._____     Case number (if known) _____
         Name

☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Computers and Furniture | Unknown | Liquidation | $12,223.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | $12,223.00 |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 3

Debtor   Prime Metals U.S.A., Inc.                                    Case number (if known)
         _____                   _____
         Name

| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
|---|---|---|---|---|
| | Business Equipment | $996,555.14 | N/A | $996,555.14 |

| 51. | Total of Part 8. | $996,555.14 |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 6069 Maywood Avenue Huntington Park, California 90255 APN: 6318-008-010 Manufacturing (Light); Industrial | Owner | Unknown | Appraisal | $3,280,000.00 |
| 55.2. 220 Industrial Street Bakersfield, California 93307 APN: 140-380-01 Industrial (Vacant Land) | Owner | Unknown | Appraisal | $3,300,000.00 |
| 55.3. 1919 Bell Street Montgomery, Alabama 36104-2939 APN: 03-11-01-11-03-015-00 2.000 Blank Yard | Owner | Unknown | Appraisal | $255,000.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor    Prime Metals U.S.A., Inc.
       Name                                             Case number *(If known)*

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.4. | 3806 Day Street<br>Montgomery, Alabama<br>36108<br>APN:<br>03-11-05-15-01-003-00<br>2.000<br>Blank Land | Owner | | Unknown | Appraisal | $130,000.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| $6,965,000.00 |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites**<br>primemetalsusa.com | Unknown | | Unknown |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $0.00 |

**67.** **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Prime Metals U.S.A., Inc.                                Case number *(If known)*
          _____                                 _____
          Name

**Part 11**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    Prime Metals U.S.A., Inc.                       Case number *(if known)* _____
        *Name*

**Part 12**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,512.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $13,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,223.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $996,555.14 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $6,965,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | +   $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,029,290.84   + 91b. | $6,965,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,994,290.84 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Prime Metals U.S.A., Inc.__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

| | | | |
|---|---|---|---|
| **2.1** **BBCN** | Describe debtor's property that is subject to a lien | $1,827,620.00 | $3,280,000.00 |
| Creditor's Name | 6069 Maywood Avenue | | |
| CBC III | Huntington Park, California  90255 | | |
| 3600 Wilshire Boulevard | APN:  6318-008-010 | | |
| Suite 100-A | Manufacturing (Light); Industrial | | |
| Los Angeles, CA 90010 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | Business Loan | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| 8156 | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| | | | |
|---|---|---|---|
| **2.2** **BBCN** | Describe debtor's property that is subject to a lien | $3,800,000.00 | $385,000.00 |
| Creditor's Name | 1919 Bell Street | | |
| | Montgomery, Alabama  36104-2939 | | |
| | APN: 03-11-01-11-03-015-002.000 | | |
| CBC III | Blank Yard | | |
| 3600 Wilshire Boulevard | 3806 Day Street | | |
| Suite 100-A | Montgomery, Alabama 36108 | | |
| Los Angeles, CA 90010 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | Business Loan | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

Debtor    Prime Metals U.S.A., Inc.               Case number (if know) _____
       Name

8162

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | BBCN | | | $1,997,157.00 | $3,300,000.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| **Creditor's Name** | **Describe debtor's property that is subject to a lien** | |
| CBC III | 220 Industrial Street | |
| 3600 Wilshire Boulevard | Bakersfield, California  93307 | |
| Suite 100-A | APN: 140-380-01 | |
| Los Angeles, CA 90010 | Industrial (Vacant Land) | |
| Creditor's mailing address | | |
| | **Describe the lien** | |
| | Business Loan | |
| | **Is the creditor an insider or related party?** | |
| | ■ No | |
| Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ☐ No | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| 6596 | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ☐ No | ☐ Contingent | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| 1. BBCN | ☐ Disputed | |
| 2. Uniti Bank | | |

---

| 2.4 | BBCN | | | $718,978.00 | $6,580,000.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| **Creditor's Name** | **Describe debtor's property that is subject to a lien** | |
| | 220 Industrial Street | |
| | Bakersfield, California  93307 | |
| CBC III | 6069 Maywood Avenue | |
| 3600 Wilshire Boulevard | Huntington Park, California  90255 | |
| Suite 100-A | APN: 140-380-01 | |
| Los Angeles, CA 90010 | Industrial (Vacant Land) | |
| Creditor's mailing address | | |
| | **Describe the lien** | |
| | Short Term Loan (L/C Advance) | |
| | **Is the creditor an insider or related party?** | |
| | ■ No | |
| Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ☐ No | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| 6845 | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| 2.5 | BBCN | | | $848,224.00 | $6,580,000.00 |
|---|---|---|---|---|---|

| 2.5 | BBCN | Describe debtor's property that is subject to a lien | | | |

Official Form 206D       Additional Page of Schedule D: Creditors Who Have Claims Secured by Property       page 2 of 4

Debtor    Prime Metals U.S.A., Inc.                                                Case number (if known) _____
         Name

| Creditor's Name | 220 Industrial Street<br>Bakersfield, California  93307<br>APN: 140-380-01 Industrial (Vacant Land)<br>6069 Maywood Avenue<br>Hungtlington Park, Califomia 90255<br>APN:  140-380-01 Industrial (Vacant Land) |
|---|---|
| CBC III<br>3600 Wilshire Boulevard<br>Suite 100-A<br>Los Angeles, CA 90010 | |
| Creditor's mailing address | **Describe the lien**<br>Short Term Loan (Working Fund) |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Date debt was incurred | |
| Last 4 digits of account number<br>4537 | **As of the petition filing date, the claim is:**<br>Check all that apply |
| Do multiple creditors have an<br>interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| 2.6 | Daewoo Intemational | Describe debtor's property that is subject to a lien<br>Abstract of Judgment<br>Case No. 30-2015-00782514-CU-BC-CJC | Unknown | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | 535 Samsung-Ro<br>Gangnam-Gu<br>Seoul, Korea | Los Angeles County Recorder No. 20170892685<br>Orange County Recorder No. 2017000327897 | | |
| | Creditor's mailing address | **Describe the lien**<br>Abstract of Judgment | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Date debt was incurred<br>August 8, 2017 | | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an<br>interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.7 | Uniti Bank | Describe debtor's property that is subject to a lien<br>220 Industrial Street<br>Bakersfield, California  93307<br>APN: 140-380-01<br>Industrial (Vacant Land) | $312,000.00 | $3,300,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | 6301 Beach Boulevard<br>Suite 100<br>Buena Park, CA 90621 | | | |
| | Creditor's mailing address | **Describe the lien**<br>UCC Lien | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 3 of 4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  Prime Metals U.S.A., Inc.                           Case number (if know)  _____
        Name

| Date debt was incurred | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

| Last 4 digits of account number | As of the petition filing date, the claim is: |
| 0852 | Check all that apply |
| Do multiple creditors have an interest in the same property? | ☐ Contingent |
| ☐ No | ☐ Unliquidated |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |
| BBCN | |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$9,503,979.00

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Joseph A. Walsh II, Esq.<br>Clyde & Co. US LLP<br>301 East Ocean Boulevard<br>Suite 1550<br>Long Beach, CA 90802 | Line 2.6 | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Prime Metals U.S.A., Inc.

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>Post Office Box 826880<br>Sacramento, CA 94280 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>For Notice Purposes Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Franchise Tax Board<br>Bankruptcy Unit, MS:A-340<br>Post Office Box 2952<br>Sacramento, CA 95812-2952 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>For Notice Purposes Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Prime Metals U.S.A., Inc. | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Insolvency I Stop 5022<br>300 North Los Angeles St., Rm 4062<br>Los Angeles, CA 90012-9903 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>For Notice Purposes Only | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>Kern County Tax Assessor<br>1115 Truxtun Avenue<br>Bakersfield, CA 93301 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>For Notice Purposes Only | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>Los Angeles County Tax Assessor<br>500 West Temple Street<br>Room 225<br>Los Angeles, CA 90012-2770 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>For Notice Purposes Only | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>Los Angeles County Tax Collector<br>Post Office Box 54110<br>Los Angeles, CA 90054-0110 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>For Notice Purposes Only | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    Prime Metals U.S.A., Inc.                                Case number (if known) _____
                Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.7** Priority creditor's name and mailing address
Montgomery County
Revenue Commissioner
Post Office Box 1667
Montgomery, AL 36102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address
Orange County Treasurer
Tax Collector
Post Office Box 1438
Santa Ana, CA 92702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☐ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address
State Board of Equalization
Account Information Group, MIC: 29
Post Office Box 942879
Sacramento, CA 94279-0029

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
1440 North Harbor Investors LLC
1400 North Harbor Boulevard
Suite 106
Fullerton, CA 92835

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,094.06

Date(s) debt was incurred  June, July 2017
Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
91 Express Lane
Post Office Box 9191
Corona, CA 92878

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$35.91

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Prime Metals U.S.A., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,031,945.21 |
|---|---|---|---|
| | A Jin Resource America Corporation | ☐ Contingent | |
| | 16 West 32nd Street | ☐ Unliquidated | |
| | Suite 701 | ☐ Disputed | |
| | New York, NY 10001 | | |
| | Date(s) debt was incurred __ | Basis for the claim: Loan ($1,000,000.00) Interest (7.2016-7.2017) ($31,945.21) | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.12 |
|---|---|---|---|
| | ADT | ☐ Contingent | |
| | Post Office Box 371878 | ☐ Unliquidated | |
| | Pittsburgh, PA 15250 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Utilities | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306,969.86 |
|---|---|---|---|
| | AIA Recycling Corporation | ☐ Contingent | |
| | 470 South Cloverdale Road | ☐ Unliquidated | |
| | Greenville, AL 36037 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Loan ($300,000.00) Interest (6.2016-7.2017) ($6,969.86) | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.21 |
|---|---|---|---|
| | Ameri-Pride | ☐ Contingent | |
| | 5950 Alcoa Avenue | ☐ Unliquidated | |
| | Los Angeles, CA 90058 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Business Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,943.83 |
|---|---|---|---|
| | AT&T | ☐ Contingent | |
| | Post Office Box 5014 | ☐ Unliquidated | |
| | Carol Stream, IL 60197 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Utilities | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,228.03 |
|---|---|---|---|
| | Birch | ☐ Contingent | |
| | Post Office Box 105066 | ☐ Unliquidated | |
| | Atlanta, GA 30348 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Business Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.09 |
|---|---|---|---|
| | Cal Water | ☐ Contingent | |
| | 3725 South "H" Street | ☐ Unliquidated | |
| | Bakersfield, CA 93304 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Utilities | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    Prime Metals U.S.A., Inc.    Case number (if known) _____
_____
Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,218.02 |
|---|---|---|---|

**3.10**  Nonpriority creditor's name and mailing address
Choice Builder
Post Office Box 7405
Fullerton, CA 92836

As of the petition filing date, the claim is: *Check all that apply.*    $2,218.02
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11**  Nonpriority creditor's name and mailing address
Crown Business
930 South La Brea Avenue
Los Angeles, CA 90036

As of the petition filing date, the claim is: *Check all that apply.*    $120.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12**  Nonpriority creditor's name and mailing address
Electric Guard Dog
Post Office Box 60089
Charlotte, NC 28260

As of the petition filing date, the claim is: *Check all that apply.*    $6,542.52
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13**  Nonpriority creditor's name and mailing address
Hanil Nuclear Co., Ltd.
45, Duckcheo-ro, Manan-gu
Anyang-si, Kyungi-do
South Korea

As of the petition filing date, the claim is: *Check all that apply.*    $7,877.09
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14**  Nonpriority creditor's name and mailing address
Hoaphat (VT)
Pho Noi A Industrial Zone
Giai Pham Commune, Yen My District
Hung Yen Province
Vietnam

As of the petition filing date, the claim is: *Check all that apply.*    $54,876.67
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15**  Nonpriority creditor's name and mailing address
Hyundai Steel
231, Yangjae-dong
Seocho-gu
Seoul, Korea 137-938

As of the petition filing date, the claim is: *Check all that apply.*    $617,947.82
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16**  Nonpriority creditor's name and mailing address
Kastle Systems
1300 John Reed Court
Suite A
Hacienda Heights, CA 91745

As of the petition filing date, the claim is: *Check all that apply.*    $6,965.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1.2017-7.2017
Last 4 digits of account number __

Basis for the claim:  Utilities

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  Prime Metals U.S.A., Inc.                                          Case number (if known)  _____
        Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128,518.39 |
| --- | --- | --- | --- |
| | KHR Capital<br>1572 Kimberly Avenue<br>Fullerton, CA 92831 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,565.00 |
| --- | --- | --- | --- |
| | Koletsky, Mancini, Feldman & Morrow<br>3460 Wilshire Boulevard<br>Central Plaza, 8th Floor<br>Los Angeles, CA 90010 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210,663.08 |
| --- | --- | --- | --- |
| | Lee Anav Chung White & Kim LLP<br>520 South Grand Avenue<br>Suite 1070<br>Los Angeles, CA 90071 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Legal Fees<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.50 |
| --- | --- | --- | --- |
| | PG&E<br>650 Town Center Drive<br>Costa Mesa, CA 92626 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Utilities<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,729.68 |
| --- | --- | --- | --- |
| | Pomina (VT)<br>No. 1, Song Than II<br>Street No. 27 Di An<br>Vietnam | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,581,379.71 |
| --- | --- | --- | --- |
| | R-Techo Co., Ltd.<br>1410, Daeho-ro<br>Seokmun-myeon, Dangjin-si<br>Chungcheongnam-do<br>Korea | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Loan ($2,000,000.00)<br>Handling Charge ($2,411,078.36)<br>Interest (3.2016-7.2017) ($170,301.35)<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.98 |
| --- | --- | --- | --- |
| | Ready Refresh<br>Post Office Box 856158<br>Louisville, KY 40285 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Prime Metals U.S.A., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**
Road Machinery
File No. 749537
Los Angeles, CA 90074

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$25,858.66

---

**3.25**

**Nonpriority creditor's name and mailing address**
S&P Global Platts
Two Penn Plaza
25th Floor
New York, NY 10121

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$4,280.00

---

**3.26**

**Nonpriority creditor's name and mailing address**
Sal's Propane
638 East Gage Avenue
Los Angeles, CA 90001

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$37.09

---

**3.27**

**Nonpriority creditor's name and mailing address**
SIC Metals
3660 Wilshire Boulevard
Suite 520
Los Angeles, CA 90010

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$308,622.35

---

**3.28**

**Nonpriority creditor's name and mailing address**
Southern California Edison Co.
Post Office Box 300
Rosemead, CA 91772-0001

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No  ☐ Yes

$779.83

---

**3.29**

**Nonpriority creditor's name and mailing address**
Spectrum
Post Office Box 60229
Los Angeles, CA 90060

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$189.95

---

**3.30**

**Nonpriority creditor's name and mailing address**
UPW
Post Office Box 514539
Los Angeles, CA 90051

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$338.80

---

Debtor  **Prime Metals U.S.A., Inc.**
        Name
Case number (if known) _____

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $391.47 |
|---|---|---|---|

**3.31** Nonpriority creditor's name and mailing address
Verizon
Post Office Box 4005
Acworth, GA 30101

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $391.47
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address
Wells Fargo
333 South Spring Street
Los Angeles, CA 90013

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $214.42
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address
Yeil Accounting America LLP
3255 Wilshire Boulevard
Suite 1717
Los Angeles, CA 90010

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $25,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Audit, Tax & Advisory Services

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address
Yorke Engineering, LLC
31726 Rancho Viejo Road
Suite 218
San Juan Capistrano, CA 92675

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $9,674.25
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Line  2.3<br><br>☐  Not listed. Explain ___ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | | 7,432,799.60 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c. | $ | 7,432,799.60 |

**Fill in this information to identify the case:**

Debtor name    Prime Metals U.S.A., Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Office Lease Premises located at 1440 North Harbor Boulevard Fullerton, California | |
| | State the term remaining | Through April 14, 2020 | 1400 N. Harbor Blvd. Investors LLC 1400 North Harbor Boulevard Suite 106 Fullerton, CA 92835 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Residential Real Property Lease Monthly Rent = $2,875.00 Lease Term December 12, 2015 through December 11, 2018 | |
| | State the term remaining | Through December 11, 2018 | Adalberto and Jeffrey Mistri 2111 East Palmetto Terrace Fullerton, CA 92831 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Industrial Equipment: ERX Gun Equipment Location: 6069 Maywood Avenue, Huntington Park, CA 90255 Lease term ended May 2017 | |
| | State the term remaining | None | Navitas Lease Corp. 1719 Route 10 East Suite 306 Parsippany, NJ 07054 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Model M20 Sweeper Contract No. 1798614 Lease term ends December 2017 | US Bank Equipment Finance 1310 Madrid Street Marshall, MN 56258 |
| | State the term remaining | | |

Debtor 1   Prime Metals U.S.A., Inc.                                             Case number (if known) _____
     First Name         Middle Name        Last Name

**█ Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**       **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       List the contract number of any
           government contract    _____

**Fill in this information to identify the case:**

Debtor name ___Prime Metals U.S.A., Inc.___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Byungwhan Chung | 1012 Loma Vista Place Fullerton, CA 92833 | BBCN | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Byungwhan Chung | 1012 Loma Vista Place Fullerton, CA 92833 | BBCN | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Byungwhan Chung | 1012 Loma Vista Place Fullerton, CA 92833 | BBCN | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.4 | Byungwhan Chung | 1012 Loma Vista Place Fullerton, CA 92833 | Uniti Bank | ■ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.5 | Byungwhan Chung | 1012 Loma Vista Place Fullerton, CA 92833 | BBCN | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |

Debtor   Prime Metals U.S.A., Inc.                              Case number (if known) _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| 2.6 | Byungwhan Chung | 1012 Loma Vista Place<br>Fullerton, CA 92833 | BBCN | ■ D   2.5<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Hyungsun Kim | 1440 North Harbor Boulevard<br>No. 640<br>Fullerton, CA 92835 | BBCN | ■ D   2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Hyungsun Kim | 1440 North Harbor Boulevard<br>No. 640<br>Fullerton, CA 92835 | BBCN | ■ D   2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Hyungsun Kim | 1440 North Harbor Boulevard<br>No. 640<br>Fullerton, CA 92835 | BBCN | ■ D   2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Hyungsun Kim | 1440 North Harbor Boulevard<br>No. 640<br>Fullerton, CA 92835 | BBCN | ■ D   2.4<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Hyungsun Kim | 1440 North Harbor Boulevard<br>No. 640<br>Fullerton, CA 92835 | BBCN | ■ D   2.5<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | R-Techo Co., Ltd. | 1410, Daeho-ro<br>Seokmun-myeon, Dangjin-si<br>Chungcheongnam-do | BBCN | ■ D   2.2<br>☐ E/F ____<br>☐ G ____ |

Debtor   Prime Metals U.S.A., Inc.                                    Case number (if known) _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| 2.13 | R-Techo Co., Ltd. | 1410, Daeho-ro<br>Seokmun-myeon, Dangjin-si<br>Chungcheongnam-do | AIA Recycling<br>Corporation | ☐ D ____<br>■ E/F  3.5<br>☐ G ____ |
| 2.14 | R-Techo Co., Ltd. | 1410, Daeho-ro<br>Seokmun-myeon, Dangjin-si<br>Chungcheongnam-do | A Jin Resource<br>America Corporation | ☐ D ____<br>■ E/F  3.3<br>☐ G ____ |
| 2.15 | Sehee Noh | 1440 North Harbor Boulevard<br>No. 640<br>Fullerton, CA 92835 | Uniti Bank | ■ D  2.7<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | Ace Recycling<br>LLC | 6069 Maywood Avenue<br>Huntington Park, CA 90255 | US Bank Equipment<br>Finance | ☐ D ____<br>☐ E/F ____<br>■ G  2.4 |
| 2.17 | Ace Recycling,<br>L.L.C. | 6069 Maywood Avenue<br>Huntington Park, CA 90255 | Navitas Lease Corp. | ☐ D ____<br>☐ E/F ____<br>■ G  2.3 |

**Fill in this information to identify the case:**

Debtor name   Prime Metals U.S.A., Inc.

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration    Statement of Related Cases
Statement of Financial Affairs
Verification of Master Mailing List Of Creditors

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    X _*Kim Ik Dong*_
Signature of individual signing on behalf of debtor

Ik Dong Kim
Printed name

President
Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Prime Metals U.S.A., Inc.

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2017 to Filing Date | ☐ Operating a business<br>■ Other   Scrap Metal Trade | $6,441,226.29 |
| For prior year:<br>From 1/01/2016 to 12/31/2016 | ☐ Operating a business<br>■ Other   Scrap Metal Trade | $50,957,917.99 |
| For year before that:<br>From 3/01/2015 to 12/31/2015 | ☐ Operating a business<br>■ Other   Scrap Metal Trade | $24,280,496.00 |

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2017 to Filing Date | Rent Income (Office, Equipment) | $127,623.01 |
| For prior year:<br>From 1/01/2016 to 12/31/2016 | Loan Receivable Inerest, Asset Disposal Profit, Rent Income, Tax Refund | $1,220,275.55 |
| For year before that:<br>From 3/01/2015 to 12/31/2015 | Loan Receivable Interest | $525,469.88 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Debtor  Prime Metals U.S.A., Inc.                                    Case number *(if known)* _____

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Byungwhan Chung 1012 Loma Vista Place Fullerton, CA 92833 Employee | September 2016 through April 2017 | $160,000.00 | Salary |
| 4.2. | Gillsu Sun 2111 East Palmetto Terrace Fullerton, CA 92831 Officer | September 2016 through April 2017 | $101,600.00 | Salary |
| 4.3. | Minho An 2026 Ward Street Fullerton, CA 92833 Employee | September 2016 through April 2017 | $160,000.00 | Salary |
| 4.4. | R-Techo Co., Ltd. 1410, Daeho-ro Seokmun-myeon, Dangjin-si Chungcheongnam-do Parent | December 20, 2016 | $19,726.03 | Interest |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    Prime Metals U.S.A., Inc.                    Case number *(if known)*

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Daewoo International Corporation v. Prime Metals USA, Inc.<br>30-2015-00782514-CU-BC-CJC | Civil | Orange County Superior Court<br>Central Justice Center<br>700 Civic Center Drive West<br>Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Hyundai Steel Co. vs. Central Metal, Inc.; Central Metal, Inc., Jong Uk Byun, Bok Soon Byun (Cross-Complainants) vs. Hyundai Steel Co. and Prime Metals, Jin Oh (Cross-Defendants)<br>BC 658457 | Civil | Superior Court - State of California<br>County of Los Angeles<br>111 North Hill Street<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Los Angeles Waterkeeper v. Prime Metals USA, Inc.<br>2:17-cv-05084-PSG-PJW | Civil | United States District Court<br>Western Division - Los Angeles | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | LA-Scrap Recycling Distribution Center, LLC v. Prime Metals USA, Inc.<br>30-2016-00829782-CU-CL-CJC | Civil | Orange County Superior Court<br>Central Justice Center<br>700 Civic Center Drive West<br>Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Posco P&S<br>2017Na2004872 | Civil | Seoul High Court<br>33rd Civil Department<br>157, Seochojungang-ro<br>Seocho-gu<br>Seoul, South Korea | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | SIC Metals, Inc. vs. Prime Metals U.S.A., Inc.<br>30-2017-00945001-CU-BC-CJC | Civil | Orange County Superior Court<br>Central Justice Center<br>700 Civic Center Drive West<br>Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor  Prime Metals U.S.A., Inc.                                    Case number *(if known)*

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | SulmeyerKupetz<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406 | Attorney Fees | June 2017 | $25,000.00 |
| | **Email or website address**<br>www.sulmeyerlaw.com | | | |
| | **Who made the payment, if not debtor?**<br>R-Techo Co., Ltd. | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Christie Chu<br>1055 Wilshire Boulevard<br>Suite 1555<br>Los Angeles, CA 90017 | 7621 Commonwealth Avenue<br>Buena Park, California 90621 | August 31, 2016 | $850,000.00 |
| | **Relationship to debtor**<br>None | | | |

Debtor    Prime Metals U.S.A., Inc.                                          Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2 | Mr. C's Towing At South Gate,<br>Inc.<br>1545 Wilshire Boulevard<br>Sixth Floor<br>Los Angeles, CA 90017 | 6105 Maywood Avenue<br>Huntington Park, California 90255 | November 2,<br>2016 | $1,500,000.00 |
| | Relationship to debtor<br>None | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,
moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,
cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

---

Debtor ____Prime Metals U.S.A., Inc._____     Case number *(if known)* _____

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor   Prime Metals U.S.A., Inc. _____   Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Hyun Tai Jang CPA<br>3660 Wilshire Boulevard<br>Suite 520<br>Los Angeles, CA 90010 | Prior to December 2015 |
| 26a.2. | Yeil Accounting America LLP<br>3255 Wilshire Boulevard<br>Suite 1717<br>Los Angeles, CA 90010 | December 28, 2015 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.1. | Yeil Accounting America LLP<br>3255 Wilshire Boulevard<br>Suite 1717<br>Los Angeles, CA 90010 | December 28, 2015 |
| | **Name and address** | **Date of service<br>From-To** |
| 26b.2. | Gillsu Sun<br>2111 East Palmetto Terrace<br>Fullerton, CA 92831 | November 1, 2015 - Present |
| | **Name and address** | **Date of service<br>From-To** |
| 26b.3. | Tina Chun<br>1440 North Harbor Boulevard<br>No. 640<br>Fullerton, CA 92835 | March 10, 2008 - April 29, 2016 |
| | **Name and address** | **Date of service<br>From-To** |
| 26b.4. | Eunice Yang<br>1107 Carmel Circle<br>Fullerton, CA 92833 | March 3, 2009 to April 30, 2017 |

Debtor    Prime Metals U.S.A., Inc.                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.5.    Eileen Kim<br>1440 North Harbor Boulevard<br>No. 640<br>Fullerton, CA 92835 | December 20, 2010 -<br>April 30, 2017 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Prime Metals U.S.A., Inc.<br>1440 North Harbor Boulevard<br>No. 640<br>Fullerton, CA 92835 | |
| 26c.2.    Gilsu Sun<br>2111 East Palmetto Terrace<br>Fullerton, CA 92831 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| | |
|---|---|
| 26d.1.    Bank of Hope<br>3200 Wilshire Boulevard<br>Suite 1400<br>Los Angeles, CA 90010 | |
| 26d.2.    Hyundai Steel<br>231, Yangjae-dong<br>Seocho-gu<br>Seoul, Korea 137-938 | |
| 26d.3.    R-Techo Co., Ltd.<br>1410, Daeho-ro<br>Seokmun-myeon, Dangjin-si<br>Chungcheongnam-do | |
| 26d.4.    Uniti Bank<br>6301 Beach Boulevard<br>Suite 100<br>Buena Park, CA 90621 | |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor   Prime Metals U.S.A., Inc. _____   Case number (if known) _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Byunghwan Chung (PMLA Supervisor) | March 31, 2017 | $101,695.27 Purchase Price |

Name and address of the person who has possession of Inventory records

Prime Metals U.S.A., Inc.
1440 North Harbor Boulevard
No. 640
Fullerton, CA 92835

| 27.2. | Minho An | March 31, 2017 | $101,695.27 Purchase Price |
|---|---|---|---|

Name and address of the person who has possession of Inventory records

Prime Metals U.S.A., Inc.
1440 North Harbor Boulevard
No. 640
Fullerton, CA 92835

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| R-Techo Co., Ltd. | 1410, Daeho-ro Seokmun-myeon, Dangjin-si Chungcheongnam-do | Parent Company | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gillsu Sun | 2111 East Palmetto Terrace Fullerton, CA 92831 | Chief Financial Officer | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ikdong Kim | 1410, Daeho-ro, Scongmun-myeon Dangjin-si, Chungcheongnam-do Korea | Chief Executive Officer | 0% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Minho An | 2026 Ward Street Fullerton, CA 92833 | Secretary | April 30, 2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Byungwhan Jung | 1012 Loma Vista Place Fullerton, CA 92833 | PMLA Supervisor | April 30, 2017 |

Debtor   Prime Metals U.S.A., Inc.                                   Case number *(if known)*

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐   No

■   Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | Gillsu Sun<br>2111 East Palmetto Terrace<br>Fullerton, CA 92831 | | | Compensation for Services Performed |
| | **Relationship to debtor**<br>Chief Financial Officer | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■   No

☐   Yes. Identify below.

**Name of the parent corporation**                         **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐   No

■   Yes. Identify below.

**Name of the parent corporation**                         **Employer Identification number of the parent corporation**

Savings Incentive Match Plan for Employees Individual Retirement Accounts     **EIN:**

Debtor    Prime Metals U.S.A., Inc.                                                    Case number *(if known)*  _____

## Part 14   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _____

_Kim Ik Dong._                                    Ik Dong Kim
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    President    _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Central District of California

In re   Prime Metals U.S.A., Inc.

Debtor(s)

Case No. _____

Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 25,000.00 |
| Prior to the filing of this statement I have received | $ 25,000.00 |
| Balance Due | $ 0.00 |

2.  The source of the compensation paid to me was:

☐ Debtor   ■ Other (specify):   R. Techo Co., Ltd.

3.  The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  [Other provisions as needed]
Representation of the debtor at the initial 341(a) meeting of creditors

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
All services not expressly identified in Section 5 above

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11 /17 /17
*Date*

Steven F. Werth 205434
*Signature of Attorney*
SulmeyerKupetz, A Professional Corporation
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406
213.626.2311  Fax: 213.629.4520
www.sulmeyerlaw.com
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven F. Werth (CA Bar No. 205434)<br> swerth@sulmeyerlaw.com<br>**SulmeyerKupetz**, A Professional Corporation<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax: 213.629.4520 | |
| ☐  *Debtor(s) appearing without an attorney*<br>☑  *Attorney for Debtor Prime Metals U.S.A., Inc.* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>          Prime Metals U.S.A., Inc.<br><br><br><br><br>                                    Debtor(s). | CASE NO.:<br><br>CHAPTER: 7<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___8___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  November ___, 2017

_Kim Ik Dong._

Ik Dong Kim
President
Prime Metals U.S.A., Inc.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

1400 N. Harbor Blvd. Investors LLC
c/o UBS Realty Advisors
455 Market Street
Suite 1000
San Francisco, CA 94105


1400 N. Harbor Blvd. Investors LLC
1400 North Harbor Boulevard
Suite 106
Fullerton, CA 92835


1440 North Harbor Investors LLC
1400 North Harbor Boulevard
Suite 106
Fullerton, CA 92835


91 Express Lane
Post Office Box 9191
Corona, CA 92878


A Jin Resource America Corporation
16 West 32nd Street
Suite 701
New York, NY 10001


Ace Recycling LLC
6069 Maywood Avenue
Huntington Park, CA 90255


Ace Recycling, L.L.C.
6069 Maywood Avenue
Huntington Park, CA 90255


Adalberto and Jeffrey Mistri
2111 East Palmetto Terrace
Fullerton, CA 92831

ADT
Post Office Box 371878
Pittsburgh, PA 15250

AIA Recycling Corporation
470 South Cloverdale Road
Greenville, AL 36037

Ameri-Pride
5950 Alcoa Avenue
Los Angeles, CA 90058

AT&T
Post Office Box 5014
Carol Stream, IL 60197

BBCN
CBC III
3600 Wilshire Boulevard
Suite 100-A
Los Angeles, CA 90010

Birch
Post Office Box 105066
Atlanta, GA 30348

Byungwhan Chung
1012 Loma Vista Place
Fullerton, CA 92833

Cal Water
3725 South "H" Street
Bakersfield, CA 93304

Choice Builder
Post Office Box 7405
Fullerton, CA 92836


Crown Business
930 South La Brea Avenue
Los Angeles, CA 90036


Daewoo International
535 Samsung-Ro
Gangnam-Gu
Seoul, Korea


Electric Guard Dog
Post Office Box 60089
Charlotte, NC 28260


Employment Development Dept.
Bankruptcy Group MIC 92E
Post Office Box 826880
Sacramento, CA 94280


Franchise Tax Board
Bankruptcy Unit, MS:A-340
Post Office Box 2952
Sacramento, CA 95812-2952


Hanil Nuclear Co., Ltd.
45, Duckcheo-ro, Manan-gu
Anyang-si, Kyungi-do
South Korea


Hoaphat (VT)
Pho Noi A Industrial Zone
Giai Pham Commune, Yen My District
Hung Yen Province
Vietnam

Hyundai Steel
231, Yangjae-dong
Seocho-gu
Seoul, Korea 137-938


Hyungsun Kim
1440 North Harbor Boulevard
No. 640
Fullerton, CA 92835


Internal Revenue Service
Insolvency I Stop 5022
300 North Los Angeles St., Rm 4062
Los Angeles, CA 90012-9903


Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346


Joseph A. Walsh II, Esq.
Clyde & Co. US LLP
301 East Ocean Boulevard
Suite 1550
Long Beach, CA 90802


Kastle Systems
1300 John Reed Court
Suite A
Hacienda Heights, CA 91745


Kern County Tax Assessor
1115 Truxtun Avenue
Bakersfield, CA 93301


KHR Capital
1572 Kimberly Avenue
Fullerton, CA 92831

Koletsky, Mancini, Feldman & Morrow
3460 Wilshire Boulevard
Central Plaza, 8th Floor
Los Angeles, CA 90010


Lee Anav Chung White & Kim LLP
520 South Grand Avenue
Suite 1070
Los Angeles, CA 90071


Lim Ruger & Kim
1055 West 7th Street
Floor 28
Los Angeles, CA 90017


Los Angeles County Tax Assessor
500 West Temple Street
Room 225
Los Angeles, CA 90012-2770


Los Angeles County Tax Collector
Post Office Box 54110
Los Angeles, CA 90054-0110


Montgomery County
Revenue Commissioner
Post Office Box 1667
Montgomery, AL 36102


Navitas Lease Corp.
1719 Route 10 East
Suite 306
Parsippany, NJ 07054


Orange CountyTreasurer
Tax Collector
Post Office Box 1438
Santa Ana, CA 92702

PG&E
650 Town Center Drive
Costa Mesa, CA 92626


Pomina (VT)
No. 1, Song Than II
Street No. 27 Di An
Vietnam


R-Techo Co., Ltd.
1410, Daeho-ro
Seokmun-myeon, Dangjin-si
Chungcheongnam-do
Korea


R-Techo Co., Ltd.
1410, Daeho-ro
Seokmun-myeon, Dangjin-si
Chungcheongnam-do


Ready Refresh
Post Office Box 856158
Louisville, KY 40285


Road Machinery
File No. 749537
Los Angeles, CA 90074


S&P Global Platts
Two Penn Plaza
25th Floor
New York, NY 10121


Sal's Propane
638 East Gage Avenue
Los Angeles, CA 90001

Sehee Noh
1440 North Harbor Boulevard
No. 640
Fullerton, CA 92835


SIC Metals
3660 Wilshire Boulevard
Suite 520
Los Angeles, CA 90010


Southern California Edison Co.
Post Office Box 300
Rosemead, CA 91772-0001


Spectrum
Post Office Box 60229
Los Angeles, CA 90060


State Board of Equalization
Account Information Group, MIC: 29
Post Office Box 942879
Sacramento, CA 94279-0029


UBS Realty Investors LLC
Ten. State House Square
15th Floor
Hartford, CT 06103


Uniti Bank
6301 Beach Boulevard
Suite 100
Buena Park, CA 90621


UPW
Post Office Box 514539
Los Angeles, CA 90051

US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

Verizon
Post Office Box 4005
Acworth, GA 30101

Wells Fargo
333 South Spring Street
Los Angeles, CA 90013

Yeil Accounting America LLP
3255 Wilshire Boulevard
Suite 1717
Los Angeles, CA 90010

Yorke Engineering, LLC
31726 Rancho Viejo Road
Suite 218
San Juan Capistrano, CA 92675